**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Aaron Charles Clouse, Appellant.

Appellate Case No. 2021-001079

―――――――――

Appeal From Abbeville County and Anderson County
R. Lawton McIntosh, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2023-UP-279
Submitted June 1, 2023 – Filed August 2, 2023

―――――――――

**APPEAL DISMISSED**

―――――――――

Appellate Defender Lara Mary Caudy, of Columbia, for Appellant.

Matthew C. Buchanan, of South Carolina Department of Probation, Parole and Pardon Services, of Columbia, for Respondent.

―――――――――

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**KONDUROS and VINSON, JJ., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.